JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Susan Doan, | SACV 11-00325-JVS(RZx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Wells Fargo Bank NA, et al., | |
| Defendants. | |

    The Court having issued an Order to Show Cause on <u>April 28, 2011</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on May 15, 2011 and no response having been made,

    IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: May 18, 2011

                                                                                            James V. Selna
                                                                             United States District Judge